No. 14–0313/AR.  U.S. v. Christopher R. Darbyshire.  CCA 20110026.  Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including February 6, 2014, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0358/AF.  U.S. v. Jonathan K. Rowell.  CCA S31991.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 13, 2014.

No. 14–0361/AF.  U.S. v. Donald R. Swiger, Jr.  CCA 38231.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 13, 2014.

No. 14–0364/AR.  U.S. v. Keith A. Jackson.  CCA 20120026.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted February 13, 2014.

No. 14–0368/AR.  U.S. v. Dennis E. Dockery.  CCA 20110796.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 18, 2014.

No. 14–0370/AF.  U.S. v. Michael W. Gleiser.  CCA 38155.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 18, 2014.

No. 14–0371/AF.  U.S. v. Larry M. Palmer III.  CCA 38184.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 18, 2014.

Thursday, January 30, 2014

No. 14–0158/AF.  U.S. v. Candice N. Cimball Sharpton.  CCA 38027.  Review granted on the following issue:

WHETHER THE AIR FORCE COURT ABUSED ITS DISCRETION IN FINDING THE EVIDENCE LEGALLY SUFFICIENT TO SUPPORT A CONVICTION FOR LARCENY FROM THE AIR FORCE.

Briefs will be filed under Rule 25.

No. 14–0265/CG. U.S. v. Jaason Leahr. CCA 1365. On consideration of Appellant's motion to attach documents, and that the proffered documents have already been attached to the record by the Court of Criminal Appeals, it is ordered that said motion is hereby denied as moot.

Friday, January 31, 2014

No. 14–5002/AF. U.S. v. Michael C. McPherson. CCA S32068. Notice is hereby given that a certificate for review of the decision of the United States Air Force Court of Criminal Appeals was filed under Rule 22 this date on the following issue:

WHETHER ARTICLE 12, UCMJ, APPLIES TO THE CIRCUMSTANCE WHERE AN ACCUSED AND/OR CONVICTED MEMBER OF THE ARMED FORCES IS CONFINED IN IMMEDIATE ASSOCIATION WITH FOREIGN NATIONALS IN A STATE OR FEDERAL FACILITY WITHIN THE CONTINENTAL LIMITS OF THE UNITED STATES.

Misc. No. 14–8009/AF. John C. Calhoun, Appellant v. United States, Appellee. CCA 37274. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Air Force Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on December 17, 2013 and placed on the docket this 31st day of January, 2014. On consideration thereof, it is ordered that said writ-appeal petition is hereby denied.

No. 13–0595/AF. U.S. v. Phillip T. Burleigh. CCA 37652. On consideration of the second motion for leave to withdraw filed by Captain Christopher James, USAF,